**WIGDOR LLP**
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**David E. Gottlieb**
dgottlieb@wigdorlaw.com

February 27, 2018

**VIA ECF**

The Honorable Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street, Room 630
White Plains, NY 10601

    Re:    Santiago-Laracuente v. Taro Pharmaceuticals U.S.A., Inc.; Case No. 17-cv-08867

Dear Judge Briccetti:

We represent Plaintiff Deborah Santiago-Laracuente in the above-referenced matter and submit this letter jointly with Defendant Taro Pharmaceuticals U.S.A., Inc. ("Taro" or the "Company") (with Plaintiff, the "Parties") to respectfully inform the Court, pursuant to Your Honor's February 23, 2018 Order (see Dkt. No. 14), that the settlement reached as to Plaintiff's claims under the Fair Labor Standards Act requires the Court's approval. The Parties shall submit a joint application for settlement approval by March 23, 2018 pursuant to the Court's directive.

Respectfully submitted,

David E. Gottlieb

cc:    Counsel for Defendant (*via* ECF)